UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TEDDY MOORE,

        Plaintiff,

  - against -

CITY OF NEW YORK and KATHY J. KING,

        Defendants.
-------------------------------------------------------------X

**CIVIL JUDGMENT**
12-CV-4206 (RRM)(LB)

Pursuant to the memorandum and order issued August 27, 2012 by the Honorable Roslynn R. Mauskopf, United States District Judge, dismissing this action, it is

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.

SO ORDERED.

Dated: Brooklyn, New York
      August 27, 2012

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge